| | |
|---|---|
| 1 | Linda Lawson (Bar No. 77130) |
|   | LLawson@mmhllp.com |
| 2 | James J. Moak (Bar No. 82393) |
|   | jmoak@mmhllp.com |
| 3 | MESERVE, MUMPER & HUGHES LLP |
|   | 300 South Grand Avenue, 24th Floor |
| 4 | Los Angeles, California 90071-3185 |
|   | Telephone: (213) 620-0300 |
| 5 | Facsimile: (213) 625-1930 |

*CLOSED*

Attorneys for Defendants
STANDARD INSURANCE COMPANY and
MTC MANUFACTURING LONG TERM
DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SALZ, | Case No. CV06-1821 GW (Ex) |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| vs. | Complaint Filed: March 27, 2006 |
| STANDARD INSURANCE COMPANY; MTC MANUFACTURING LONG TERM DISABILITY PLAN, | |
| Defendants. | |

This matter came to Trial before the Court, on the Administrative Record. The issues have been tried and heard and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDJED, AND DECREED** that

1. Plaintiff JOEL SALZ's Complaint is hereby dismissed, with respect to all claims for relief, as to all defendants, including Defendants STANDARD INSURANCE COMPANY and MTC MANUFACTURING LONG TERM DISABILITY PLAN, with prejudice;

2. Plaintiff JOEL SALZ shall take nothing by his Complaint;

3. Judgment is entered against Plaintiff JOEL SALZ and in favor of Defendants STANDARD INSURANCE COMPANY and MTC MANUFACTURING LONG TERM DISABILITY PLAN; and

4. STANDARD INSURANCE COMPANY and MTC MANUFACTURING LONG TERM DISABILITY PLAN shall recover from Plaintiff JOEL SALZ costs of suit pursuant to 28 U.S.C. Section 1920 and Local Rule 54-3, in a sum to be submitted with a Bill of Costs to be approved by this Court.

Dated: April 16, 2012

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

2   [PROPOSED] JUDGMENT IN A CIVIL CASE